TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ALANNA R. KENNEDY
Arizona State Bar No. 034257
Email: Alanna.Kennedy@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: Dimitra.Sampson@usdoj.gov
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: 928-556-5001
Assistant U.S. Attorneys
Attorneys for Plaintiff

**FILED** ✓    LODGED ___
RECEIVED ___   COPY ___

MAR 0 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Ryan Adelbert Johnson, a.k.a. Cherokee George, a.k.a. RJ,<br>(Counts 1-3, 5-8)<br><br>2. Alexandra Johnson, a.k.a. Ziggy,<br>(Counts 1-3, 6-8, 17)<br><br>3. Charles Lyle Truax,<br>(Counts 1-3, 6-8, 14-16)<br><br>4. Mike Duffy, III,<br>(Counts 4, 9-13)<br><br>Defendants. | No. CR-25-08032-PCT-DLR (DMF)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR-Felony Murder)<br>Count 1<br><br>18 U.S.C. §§ 1153, 371, 113(a)(3), and 2111<br>(CIR-Conspiracy to Commit Assault with a Dangerous Weapon and Robbery)<br>Count 2<br><br>18 U.S.C. §§ 1153, 113(a)(3), and 2<br>(CIR-Assault with a Dangerous Weapon and Aid and Abet)<br>Count 3<br><br>18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR-Assault with a Dangerous Weapon)<br>Count 4<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 5 |

|   |   |
|---|---|
| 1 | 18 U.S.C. §§ 1153, 2111, and 2 (CIR-Attempted Robbery and Aid and Abet) |
| 2 | Count 6 |
| 3 | 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2 (Discharge of a Firearm During a Crime of Violence and Aid and Abet) |
| 4 | |
| 5 | Counts 7-8 |
| 6 | 18 U.S.C. §§ 924(c)(1)(A)(iii) (Discharge of a Firearm During a Crime of Violence) |
| 7 | |
| 8 | Count 9 |
| 9 | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm) |
| 10 | Count 10 |
| 11 | 18 U.S.C. § 1512(k) (Conspiracy to Commit Tampering with an Official Proceeding) |
| 12 | |
| 13 | Count 11 |
| 14 | 18 U.S.C. § 1512(c)(1) (Tampering with an Official Proceeding) |
| 15 | Counts 12 and 14 |
| 16 | 18 U.S.C. § 1512(c)(2) (Tampering with an Official Proceeding) |
| 17 | |
| 18 | Counts 13 and 15 |
| 19 | 18 U.S.C. § 1001 (False Statement to a Government Agency) |
| 20 | Counts 16-17 |
| 21 | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) |
| 22 | |
| 23 | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, RYAN ADELBERT JOHNSON

- 2 -

(a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), and CHARLES LYLE TRUAX, Indians, with malice aforethought, did unlawfully kill M.D.B. and D.L.N. by shooting, in the perpetration of, and attempt to perpetrate, a robbery.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

Beginning on or about March 25, 2022 and continuing through a time unknown, in the District of Arizona, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, Indians, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to commit violations of 18 U.S.C. §§ 1153, 113(a)(3), and 2111, CIR-Assault with a Dangerous Weapon and CIR-Robbery, as alleged in Counts 4 and 6 respectively

### Objects of the Conspiracy

The objects of the conspiracy were that RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, and their co-conspirators would: 1) intentionally and knowingly assault the victim, R.L.; (2) with a dangerous weapon, that is, a firearm; and (3) with the intent to do bodily harm. Further RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, and their co-conspirators would: 1) knowingly and willfully take or attempt to take a firearm, a thing of value; (2) by force, violence, and intimidation; (3) from the person and presence of the victim, R.L.

### Manner and Means of the Conspiracy

ALEXANDRA JOHNSON (a.k.a. Ziggy) requested backup from RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), CHARLES LYLE TRUAX, and others after a disagreement over a firearm at a house in Teesto, Arizona ("the Teesto house").

RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) also believed the victim, R.L., possessed a firearm belonging to RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ). RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and CHARLES LYLE TRUAX worked together to organize a group of people to drive to the Teesto house, with the intent to take the firearm from R.L. with force.

ALEXANDRA JOHNSON (a.k.a. Ziggy) then provided updates about the locations of various persons in the Teesto house and the location of R.L.

### Overt Acts

On or about March 25, 2022, ALEXANDRA JOHNSON (a.k.a. Ziggy) communicated with her "brothers," including RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and CHARLES LYLE TRUAX. ALEXANDRA JOHNSON (a.k.a. Ziggy) told CHARLES LYLE TRUAX that R.L. took a firearm from her that belonged to RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ).

CHARLES LYLE TRUAX then called RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and told him that ALEXANDRA JOHNSON (a.k.a. Ziggy) had called and people at the Teesto house would not let her go and they took "your" gun.

RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) texted ALEXANDRA JOHNSON (a.k.a. Ziggy), "Does Junior [R.L.] still have my strap? If that lil dude doesn't give up my shit imma have no choice but to show up there and take my shit back!!!!"

Approximately 30 minutes later, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) texted ALEXANDRA JOHNSON (a.k.a. Ziggy), "Tell that lil mutherfucker to give you my piece back or I'm going over there and shoving my other piece down his mutherfucking throat!!!!!"

ALEXANDRA JOHNSON (a.k.a. Ziggy) proceeded to text RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and CHARLES LYLE TRUAX individually to tell each of them "The front door is open." She also texted "Jr is only one n

- 4 -

living room . . . everyone else is n the bk room on the rite."

CHARLES LYLE TRUAX confirmed receipt.

According to CHARLES LYLE TRUAX, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) brought firearms along "just in case."

Just before the shooting, ALEXANDRA JOHNSON (a.k.a. Ziggy) left the back room at the Teesto house with a firearm under her arm.

At approximately 2:40 a.m. on March 26, 2022, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), CHARLES LYLE TRUAX, and others, including M.D.B. and D.L.N., arrived at the Teesto house.

RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) entered the house and hit R.L. in the face with the butt stock of his shotgun.

Once inside, and using multiple firearms, the group began shooting at persons inside the house.

All in violation of Title 18, United States Code, Sections 1153, 371, and 113(a)(3).

## COUNT 3

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), and CHARLES LYLE TRUAX, Indians, did intentionally and knowingly assault R.L., with a dangerous weapon, that is, an Interstate Arms Corp. Model Hawk 981R shotgun, with serial number 0107211, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

## COUNT 4

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, MIKE DUFFY, III, an Indian, did intentionally and knowingly assault R.L., with a dangerous weapon, that is, a .410 bore/.45

Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

### COUNT 5

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), an Indian, did intentionally, knowingly, and recklessly assault the victim, R.L., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

### COUNT 6

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), and CHARLES LYLE TRUAX, Indians, did by force, violence, and intimidation attempt to take a firearm, a thing of value, from the person and presence of the victim, R.L..

In violation of Title 18, United States Code, Sections 1153, 2111, and 2.

### COUNT 7

On or about March 25-26, 2022, in the District of Arizona, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), and CHARLES LYLE TRUAX, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count 4, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

//
//

### COUNT 8

On or about March 25-26, 2022, in the District of Arizona, RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), and CHARLES LYLE TRUAX, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, Robbery, as alleged in Count 7, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

### COUNT 9

On or about March 25-26, 2022, in the District of Arizona, MIKE DUFFY, III, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count 5, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii)

### COUNT 10

On or about March 25-26, 2022, in the District of Arizona, MIKE DUFFY, III, did possess, in and affecting interstate commerce, a firearm, that is, a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648. MIKE DUFFY, III knowingly possessed the firearm, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT 11

On or about May 13-16, 2022, in the District of Arizona, MIKE DUFFY, III and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to corruptly alter, destroy, mutilate, and conceal an object, that is, a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial

1  Number DT247648, with the intent to impair its integrity and availability for use in a
2  foreseeable prosecution before a Court of the United States, an official proceeding, that is,
3  by removing and attempting to get rid of the above firearm, in violation of Title 18, United
4  States Code, Sections 1512(c)(1) and 2. Further, MIKE DUFFY, III and others known and
5  unknown to the grand jury, did corruptly obstruct, influence, and impede a foreseeable
6  prosecution before a Court of the United States, an official proceeding, that is, by removing
7  and attempting to get rid of a .410 bore/.45 Long Colt caliber Taurus revolver, Model The
8  Judge, Serial Number DT247648, in violation of Title 18, United States Code, Sections
9  1512(c)(2) and 2.

All in violation of Title 18, United States Code, Section 1512(k).

### COUNT 12

On or about May 13-16, 2022, in the District of Arizona, MIKE DUFFY, III, did corruptly alter, destroy, mutilate, and conceal an object, that is, a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648, with the intent to impair its integrity and availability for use in a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and attempting to get rid of the above firearm.

In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

### COUNT 13

On or about May 13-16, 2022, in the District of Arizona, MIKE DUFFY, III, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and attempting to get rid of a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648.

In violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

//
//

## COUNT 14

On or about March 26, 2022, in the District of Arizona, CHARLES LYLE TRUAX did corruptly alter, destroy, mutilate, and conceal an object, that is, a 9mm firearm, with the intent to impair its integrity and availability for use in a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and selling the above firearm, in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT 15

On or about March 26, 2022, in the District of Arizona, CHARLES LYLE TRUAX did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and selling a 9 mm firearm.

In violation of Title 18, United States Code, Section 1512(c)(2).

## COUNT 16

On or about March 29, 2022, CHARLES LYLE TRUAX did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming no recent communications with RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and denying MIKE DUFFY, III was present at Truax's home on March 26, 2022 with a shotgun. These statements were made to the Federal Bureau of Investigation in Dilkon, in the District of Arizona. The statements and representations were false because CHARLES LYLE TRUAX then and there knew that he had been in regular and recent communication with RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and because he knew MIKE DUFFY, III was present at Truax's home on March 26, 2022 with a shotgun.

In violation of Title 18, United States Code, Section 1001.

## COUNT 17

On or about April 5, 2022, ALEXANDRA JOHNSON (a.k.a. Ziggy), did willfully and knowingly make a materially false, fictitious, and fraudulent statement and

representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming no recent communications with RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and denying she called RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) the night of the shooting. These statements were made to the Federal Bureau of Investigation in Tuba City, in the District of Arizona. The statements and representations were false because ALEXANDRA JOHNSON (a.k.a. Ziggy) then and there knew that she had been in regular and recent communication with RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) and because she called and texted RYAN ADELBERT JOHNSON (a.k.a. Cherokee George, a.k.a. RJ) the night of the shooting.

In violation of Title 18, United States Code, Section 1001.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 17 of this Indictment, which are incorporated by reference as though fully set forth herein. Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense: (1) an Interstate Arms Corp. Model Hawk 981R shotgun, with serial number 0107211; and (2) a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, with serial number DT247648.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: March 4, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/*
ALANNA R. KENNEDY
DIMITRA H. SAMPSON
Assistant U.S. Attorneys