IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mike Duffy III,<br><br>　　　　　Defendant. | No. CR-25-08032-04-PCT-DLR<br><br>**MINUTE ORDER**<br><br>(Filed under seal) |

The United States Marshals Service notified the Court on 3/27/2025 that Defendant was transported to this District early. Accordingly, the Initial Appearance and Arraignment presently set for 4/16/2025 at 10:00 AM before Judge Fine is ACCELERATED to 3/31/2025 at 2:30 PM before Magistrate Judge John Z. Boyle, in Courtroom 302.

Dated this 27th day of March, 2025.

**DEBRA D. LUCAS**
District Court Executive/Clerk of Court

By:

*/s/ Kenneth Miller*
Kenneth Miller
Magistrate Judge Courtroom Clerk

cc: AUSA, Dft's Cnsl, USMS, PTS