1  **GEORGE F. KLINK**
   **714 North 3rd Street**
2  **Suite #4**
   **Phoenix, AZ 85004**
3  **(602) 253-3889**
   **E-mail: george@klinkazlaw.com**
4  **State Bar #004057**
   **Attorney for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-25-08032-PCT-DLR |
|---|---|
| Plaintiff, | **RESPONSE TO MOTION TO TRANSFER** |
| v. | Defendant in Custody |
| Mike Duffy, III, | |
| Defendant. | |

Counsel for Defendant Duffy objects to the government's Motion to Transfer Case filed in this matter on April 11, 2025. Defense counsel submits the accompanying memorandum in support of this objection to the Government's request to transfer this case to a judge from a previous matter. The government has asserted a weak, unsubstantiated rationale for seeking such relief. This response is filed pursuant to the court's order filed on April 14, 2025 (Doc. 31).

Respectfully submitted this 28th day of April, 2025.

/s/ George F. Klink
George F. Klink
Attorney for Defendant

**MEMORANDUM**

The court should deny the government's Motion to Transfer Case (Doc. 29).

Under our local rules, the clerk must assign cases through "automated random selection and in a manner so that neither the Clerk nor any parties or their attorneys will be able to make a deliberate choice of a particular Judge." (LRCrim. 5.1)  There is no information which suggests that assignment in this case did not comply with the above rule.

Moreover, the instant matter, District of Arizona Criminal Case No. CR-25-08032-PCT-DLR, is the only **pending** case referenced in the government's Motion to Transfer Case (Doc. 29).  The other cases have been concluded before the previously assigned judge. Neither is pending before this court.

Additional reasons to deny the government's Motion include:

1. Possible due process violations: At the time that the government filed its Motion to Transfer Case, at least one defendant had "not yet had an initial appearance or counsel appointed for this matter, and therefore the government did not seek his position prior to filing." (Doc. 29)

2. Diminished public confidence in an outcome that the government seeks since it flouts the rule of automated random selection.

3. There is no meaningful relevance to the government's referenced cases.  Those cases have concluded and are not subject to transfer under the rule. (LRCrim 5.2) The cases referenced in the government's Motion (Case No.'s CR-22-08057-DGC & CR-22-08042-DGC) are not pending before any Judge in this district.

The relief the government seeks should be denied.

DATED: April 28, 2025

                                    /s/ George F. Klink
                                    George F. Klink

2

I hereby certify that on April 28, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF users:

Hon. Douglas L Rayes
United States District Court
401 West Washington Street
Phoenix, AZ 85003

Alanna Rachel Kennedy
Assistant United States Attorney
Alanna.Kennedy@usdoj.gov

Dimitra Sampson
Assistant United States Attorney
dimitra.sampson@usdoj.gov

Brandon Nelson Cotto
Attorney for Defendant Alexandra Johnson

Eric Kessler
Attorney for Defendant Charles Lyle Truax

Diego Rodriguez
Attorney for Defendant Ryan Adelbert Johnson


/s/ George F. Klink
George F. Klink