# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Ryan Adelbert Johnson, et al.,<br>　　　　Defendants. | No. CR-25-08032-PCT-DLR<br><br>**ORDER**<br><br>(Second Request) |

　　Upon joint motion of the parties, and good cause appearing,

　　**IT IS ORDERED** granting the parties' motion for a trial continuance, as detailed in the Joint Proposed Scheduling Order and Request for Additional Status Conferences (Doc. 44) and Joint Supplemental Memorandum Regarding Proposed Scheduling Order (Doc. 45) for the reasons stated in these filings and as discussed on the record at the Scheduling Conference held on 7/10/2025.

　　This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

　　**IT IS FURTHER ORDERED** continuing the trial from July 1, 2025, to a FIRM TRIAL setting of **September 29, 2026 at 9:00 a.m. to October 3, 2026**, as to all

1  defendants, and continuing the pretrial motion deadline until July 31, 2026, as to all
2  defendants.
3  **IT IS FURTHER ORDERED** setting two Telephonic Status Conferences, the first
4  for December 18, 2025, at 10:00 a.m. and the second for June 11, 2026 at 10:00 a.m. Call-
5  in information will be sent to the parties by email, closer to the hearing dates.
6  **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and
7  served in this matter, that they remain in effect and are answerable at the new trial date and
8  the party who served the subpoena should advise the witnesses of the trial date.
9  The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from
10 7/2/2025 to 9/29/2026.
11 Dated this 10th day of July, 2025.

Douglas L. Rayes
Senior United States District Judge